COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case names:     The Better Business Bureau of Metropolitan Houston, Inc., The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parson, Chris Church, Church Enterprise, Inc., Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow v. John Moore Services, Inc. and John Moore Renovation, LLC

John Moore Services, Inc. and John Moore Renovation, LLC v. The Better Business Bureau of Metropolitan Houston Inc.

Appellate case numbers:  01-14-00687-CV; 01-14-00906-CV

Trial court case numbers:  2013-76215; 2012-35162

Trial court:          269th District Court of Harris County

On April 1, 2015, these appeals were referred to mediation. *See* TEX. CIV. PRAC. & REM. CODE §§ 154.021, 154.022(a), 154.023. Since then three extensions of time have been granted. Our most recent order required mediation to be completed by September 30, 2015. Mediation has not been completed.

On September 29, 2015, the Better Business Bureau filed motions to vacate the April 1, 2015 order referring these cases to mediation and the related orders extending the mediation deadlines. In early October, John Moore sought a further extension until November 30, 2015.

The Better Business Bureau's motions are **granted**, and the referral to mediation is withdrawn. Of course the parties remain free to mediate their disputes, and they are encouraged to do so. In light of the withdrawal of the referral to mediation, John Moore's motion to extend additional time is **dismissed as moot**.

For the parties' planning purposes, case number 01-14-00906-CV will be scheduled for submission with oral argument on **January 12, 2016, at 10:00 a.m.** at 301 Fannin Street, Third Floor, North Courtroom, before a panel consisting of Justice Keyes, Justice Bland, and Justice Massengale, subject to change by the court. Any objection to the time and date of submission

must be filed with the Court no later than October 23, 2015 and must include two alternate dates and times that all counsel are available for argument.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                       ☑ Acting individually

Date: October 13, 2015